# Exhibit C

| NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE |
|---|---|
| | SUPERIOR COURT DIVISION |
| GUILFORD COUNTY | FILE NO.: _____ |

CYNTHIA BARBOUR, in her capacity as
Trustee under the Admiration M Trust,
JULIA LUNN, individually and in her
capacity as Trustee under the Admiration M
Trust, and ADAM SPIEGEL,

      Plaintiffs,

v.

TD AMERITRADE, INC., STEVEN
KEARNS, and LAUREN SCOTT,

      Defendants.

**NOTICE OF HEARING**

      PLEASE TAKE NOTICE that the plaintiffs' request for Temporary Restraining Order will be heard in Courtroom 3H, Guilford County Superior Court on Thursday, July 18, 2019 at 10:00 a.m., OR at such other time and place as may be directed by the Court.

      This the 17 day of July, 2019.

                                              Scott K. Tippett
                                              Counsel for Plaintiffs
                                              NCSB#: 22488

Of Counsel:

HAGAN BARRETT, PLLC
300 N. Greene St., Suite 200
Greensboro, NC 27401
(336) 232-0650
stippett@haganbarrett.com

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the forgoing Notice of Hearing upon all parties in this action by depositing a copy of the same in the United States mail, with sufficient first class postage thereon, as well as by emailing a copy to known email addresses, to insure delivery upon all parties in this action, addressed as follows:

Ms. Lauren Scott
boingercat@scottopia.com
22 Astor Place
Williston Park, NY 11596

Mr. Steven Kearns
skearns23@yahoo.com
2818 Juniper Street
San Diego, CA 92104

TD Ameritrade, Inc.
estates@tdameritrade.com
***via facsimile (402) 970-8420***
176 Mine Lake Ct., Suite 100
Raleigh, NC 27615-6417

This 17 day of July, 2019.

                                                        Scott K. Tippett
                                                        Counsel for Plaintiffs
                                                        NCSB#: 22488

Of Counsel:

HAGAN BARRETT, PLLC
300 N. Greene St., Suite 200
Greensboro, NC 27401
(336) 232-0650
stippett@haganbarrett.com