# Exhibit D

NORTH CAROLINA

GUILFORD COUNTY

GUILFORD COUNTY FILED JUL 1 8 2019 AT 10:15 O'CLOCK A.M. BY KwH CLERK OF SUPERIOR COURT

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
FILE NO.: 19-CVS-7140

CYNTHIA BARBOUR, in her capacity as )
Trustee under the Admiration M Trust, and )
JULIA LUNN, in her capacity as Trustee )
under the Admiration M Trust, and ADAM )
SPIEGEL, )
                                           )
            Plaintiffs,                )
                                           )
v.                                          )
                                           )
TD AMERITRADE, INC., STEVEN )
KEARNS, and LAUREN SCOTT, )
                                           )
           Defendants.           )

**TEMPORARY RESTRAINING ORDER**

       Plaintiffs Cynthia Barbour and Julia Lunn, in their capacity as co-trustees of the Admiration M. Irrevocable Trust under written agreement dated November 17, 2011, having filed a motion for a temporary restraining order; and

       IT APPEARING from specific facts set forth in the verified complaint filed in this matter that immediate and irreparable injury harm, loss, or injury will result to the Plaintiffs; and

       IT APPEARING that Counsel for the Plaintiffs Cynthia Barbour and Julia Lunn gave notice by email to all defendants and as well as notice by facsimile to the Defendant TD Ameritrade using the facsimile number counsel for these Plaintiffs was instructed by a representative of TD Ameritrade for communication with TD Ameritrade, of the time and date of the hearing at which these Plaintiffs' intended to seek the relief granted herein; and

       IT APPEARING from the verified complaint filed in this action that if the relief set forth herein is not granted TD Ameritrade will disburse the funds in TD Ameritrade Account ▮▮▮▮6941 (the "Account") before entitlement to such funds may be established and before a final decision on the merits regarding the relief requested in these Plaintiffs' declaratory judgment and reformation action may be heard and decided by this Court; and

       IT APPEARING from the verified complaint that the relief requested by these Plaintiffs preserves the funds for all parties who may have an interest in the Account pending a final decision on the merits in this matter, and for good cause shown;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that pursuant to Rule 65(b) of the North Carolina Rules of Civil Procedure that the Defendant TD AMERITRADE, INC., along with its officers, agents, servants, employees, attorneys, and all other persons, firms, or entities in active concert or participation with the Defendant TD AMERITRADE, INC., are hereby temporarily restrained from disbursing or distributing any funds in TD Ameritrade Account ▮▮▮▮6941.

Pursuant to N.C.R. Civ. P 65(b) and N.C.R.Civ. P. 6 (a), this Temporary Restraining Order shall remain in effect until 11:59 p.m., EDT, on the 29th day of July, 2019, or further order of this Court.

IT IS FURTHER ORDERED that Defendants shall show cause before the Judge presiding, or to whom this case is assigned, on the 29th day of July, 2019, or such other time as set by the Court, why these Plaintiffs' application for a preliminary injunction should not be granted. Counsel for these Plaintiffs shall serve a copy this order via email and first class mail to all parties the same date this order is entered.

IT IS FURTHER ORDERED that, pursuant to N.C.R. Civ. P. 65(c), these Plaintiffs shall post a cash bond in the amount of $ 500.00 with the Clerk of the Superior Court of Guilford County as security for the payment of any costs and damages that may be incurred or suffered by any party who is found to have been wrongfully enjoined or retrained.

SO ORDERED this the 18th day of July, 2019 at 10:15 a.m., EDT.

_____
The Hon. William A. Wood, II
Judge Presiding, Superior Court of Guilford County

```
GUILFORD-GB COUNTY CLERK OF COURT

I060682          07/18/19  10:25:45

PAYOR: BARBOUR,CYNTHIA
PAYEE: HAGEN BARRETT PLLC
CASE#: 19CVS007140 VCAP:N
CITA#:

26210 CASH BONDS            500.00

          TOTAL PAID       500.00
          CO TENDERED      500.00
              CHANGE          .00


 2066   ID C40DRF
```